**THE CHARLAND LAW FIRM**
3707 North 7th Street, Suite 250
Phoenix, AZ 85014
(602) 944-7499
litigation@CharlandLawFirm.com

Name and State Bar No. John E. Charland, #012089
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| CARLTON ST. BERNARD, | Case No. CV09-02331-PHX-JAT |
| Plaintiff, | **PLAINTIFFS' MOTION FOR ATTORNEYS FEES** |
| vs. | |
| STATE COLLECTION SERVICE, INC., a corporation, | |
| Defendants. | |

Plaintiff, by and through counsel, and pursuant to rule 54(d)(2) of the Federal Rules of Civil Procedure and rule 54.2 of the District Court of Arizona Local Rules, hereby moves for his attorney fees and nontaxable costs. Defendants served an offer of judgment upon plaintiff that would allow plaintiff to file a motion for attorney fees and costs if the parties could not agree on the amount of attorney fees and costs. Plaintiff accepted the offer of judgment and now files his motion for his attorney fees and nontaxable costs. The case concerns a violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

The judgment was entered on January 27, 2010. The FDCPA contains a mandatory fee shifting provision. See 15 U.S.C. § 1692K(a)(3). A fair estimate or total of plaintiff's attorney fees and nontaxable expenses is $5565.71. In accordance with Ariz. D. Ct. R. 54.2(b)(2) & (d) plaintiff will be filing his Memorandum of Points and Authorities and exhibits in support of this application

1    shortly hereafter.   Pursuant to local rule 54.2(d)(1), plaintiff

2    also will be filing his certificate of consultation with his

3    supporting memorandum.

4         SUBMITTED THIS 8th day of February, 2010.

5                              THE CHARLAND LAW FIRM

6                              ___ S/_____
                              John E. Charland, Esq.
7                              3707 North 7th Street
                              Suite 250
8                              Phoenix, AZ 85014

9    I hereby certify that on February 8, 2010, I electronically
     transmitted the attached document to the Clerk's Office using the
10   CM/ECF System for filing.

11   Copy of the foregoing mailed this
     8th day of February, 2010, to:

12
     Pat Esquivel, Esq.
13   JEROLD KAPLAN LAW OFFICE, PC
     2738 East Washington Street
14   Phoenix, AZ 85034

15    s/_____
     app-fees.208
16

17

18

19

20

21

22

23

24

25

26

27

28

                                  2