```
THE CHARLAND LAW FIRM
     3707 North 7th Street
          Suite 250
       Phoenix, AZ 85014
        (602)944-7499
litigation@CharlandLawFirm.com
```

Name and State Bar No. John E. Charland, #012089

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CARLTON ST. BERNARD, | Case No. CV09-02331-PHX-JAT |
| Plaintiff, | **STATEMENT OF COSTS** |
| vs. | |
| STATE COLLECTION SERVICE, INC., a corporation, | |
| Defendants. | |

The above named plaintiff, pursuant to rule 54.1 of the Arizona District Court Local Rules, hereby claims the following costs:

1. Complaint                    $ 350.00

                        TOTAL   $ 350.00

STATE OF ARIZONA   )
                   ) ss.
County of Maricopa )

JOHN E. CHARLAND, being under oath, states:

Affiant is the attorney for the above named plaintiff and makes this verification for and on behalf of the plaintiff. Affiant states that the above statement of costs and the items set forth therein are true and correct of affiant's own knowledge and were necessarily expended in the prosecution of the above action.

FURTHER AFFIANT SAYETH NAUGHT

_____
John E. Charland

1  SUBSCRIBED AND SWORN to before me this  8th  day of February,
2  2010.

3  _____
   Notary Public
4                                    Tia Karin Tang

   My Commission Expires:
5

6  [OFFICIAL SEAL
7  TIA KARIN TANG
   Notary Public - State of Arizona
   MARICOPA COUNTY
8  My Comm Expires Aug. 16, 2010]

9  I hereby certify that on February 8, 2010, I electronically
   transmitted the attached document to the Clerk's Office using the
10 CM/ECF System for filing.

11 Copy of the foregoing mailed this
   8th day of February, 2010, to:
12
   Pat Esquivel, Esq.
13 JEROLD KAPLAN LAW OFFICE, PC
   2738 East Washington Street
14 Phoenix, AZ 85034

15 /s/ Tia Windoes
   soc.208
16

17

18

19

20

21

22

23

24

25

26

27

28

2