# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Carlton St Bernard, | ) | **AMENDED (to include costs)** |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | ) | |
| | ) | CV09-2331-PHX-JAT |
| v. | ) | |
| | ) | |
| State Collection Service, Inc., | ) | |
| | ) | |
| Defendant(s). | ) | |

\_\_\_    Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X    Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered for the Plaintiff and against Defendant State Collection Service, Inc. in the amount of $1001.00. IT IS FURTHER ORDERED that $350.00 be taxed by the Clerk for the Plaintiff

RICHARD H. WEARE
District Court Executive/Clerk

August 12, 2010

s/ Elaine Leon
By: Deputy Clerk