**THE CHARLAND LAW FIRM**
3707 North 7th Street
Suite 250
Phoenix, AZ 85014, (602)944-7499
litigation@CharlandLawFirm.com

Name and State Bar No. John E. Charland, #012089

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| CARLTON ST. BERNARD, ) | Case No. CV09-02331-PHX-JAT |
| Plaintiff, ) | |
| ) | **SATISFACTION OF JUDGMENT** |
| vs. ) | |
| ) | |
| STATE COLLECTION SERVICE, INC., ) | |
| a corporation, ) | |
| Defendants. ) | |

Carlton St. Bernard, hereby acknowledges the satisfaction of all judgments entered against defendant, State Collection Service, Inc. including those for fees and costs.

SUBMITTED THIS 19th day of August, 2010.

THE CHARLAND LAW FIRM

  s/
John E. Charland, Esq.
3707 North 7th Street
Suite 250
Phoenix, AZ 85014

I hereby certify that on August 19, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

Copy of the foregoing electronically e-mailed
this 19th day of August, 2010, to:

Pat Esquivel, Esq.
JEROLD KAPLAN LAW OFFICE, PC
2738 East Washington Street
Phoenix, AZ 85034

  s/
satisfaction-judgment.819